# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Cindy Stevens,<br><br>        Plaintiff,<br>v.<br><br>Citibank, N.A.,<br><br>        Defendant. | Case No. 17-1054-DWF-FLN<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers with the Court retain continuing jurisdiction over this matter pending the prompt filing of a Notice of Dismissal herein.

Dated: July 12, 2017

Respectfully submitted,

**BARRY & HELWIG, LLC**

By:  **s/Peter F. Barry**
Peter F. Barry, Esq.
Attorney I.D.#0266577
2701 University Ave. SE, Suite 209
Minneapolis, Minnesota 55414-3236
Telephone:  (612) 379-8800
Facsimile: (612) 379-8810
pbarry@lawpoint.com

pfb/ra

**Attorneys for Plaintiff**