## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Cindy Stevens,                                              Civil No. 17-1054 (DWF/FLN)

      Plaintiff,

v.                                                          **ORDER FOR DISMISSAL**
                                                                   **WITH PREJUDICE**

Citibank, N.A.,

      Defendant.

      Based upon the Notice of Voluntary Dismissal With Prejudice filed by the Plaintiff on September 19, 2017, (Doc. No. [10]),

      **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party.

Dated:  September 19, 2017          s/Donovan W. Frank
                                             DONOVAN W. FRANK
                                           United States District Judge